UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Carpenter's Fringe Benefit Funds of Illinois, )<br>Plaintiff )<br>)<br>) | Case No. 06-1017 |
| )<br>Randall J. Warner and Union Floor )<br>Installations, )<br>Defendant ) | |

**ORDER**

On July 28, 2006, this Court entered default as to Randall J. Warner. Warner has now moved to set aside that default (#10). Plaintiff has filed no opposition to the motion.

Pursuant to Fed.R.Civ.P. 55(c), default may be set aside "for good cause shown." The determination of whether this standard is met is addressed to the sound discretion of this Court. <u>Duling v. Markun</u>, 231 F.2d 833 (7th Cir.), cert. denied 352 U.S. 870 (1956). Defaults are generally disfavored. See, <u>Bluegrass Marine Inc. v. Galena Road Gravel, Inc.</u>, 211 F.R.D. 356 (S.D.Ill. 2002).

I find that the explanation for the default articulated in the motion constitutes good cause. Accordingly the motion to set aside default is ALLOWED, and entry of default is hereby set aside. As a result, the pending motion for default judgment (#7) is MOOT.

This case is set for a Rule 16 conference in person on September 19, 2006, at 10:30 a.m. If the parties file a Report of Planning pursuant to Fed.R.Civ.P. 16 prior to September 15, 2006, the conference will be by telephone and the court will place the call.

ENTER this 29th day of August 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE